BEFORE THE THIRD DIVISION, APRIL 23, 1959

**No. 62987.**—L. Batlin & Son, Inc. *v.* United States, protest 58/6027 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of toy furniture sets similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (34 Cust. Ct. 145, C.D. 1695), the merchandise was held dutiable under paragraph 1513 at the rate in effect at the time of withdrawal for consumption.

**No. 62988.**—Samuel Shapiro & Co., a/c Hutzler Bros. Co., Inc., et al. *v.* United States, protests 151965–K, etc. (Baltimore).

Opinion by RICHARDSON, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of the stipulation and following the cited decision it was held that the currency of the invoices should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

APRIL 21, 1959

**No. 62989.**—SUIT 4955.—American Whaling Co., Inc. *v.* United States.— —C.D. 1930. (Appeal dismissed March 2, 1959.)